UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                      :

SHARIKA SAWER, *individually and on behalf of all*
*other persons similarly situated,*
                      :             26-CV-732 (JMF)

              Plaintiff,      :
                      :              ORDER

       -v-                 :
                      :

ARLOZOROV9, INC., d/b/a ALMA,
                      :

             Defendant.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 33, Defendant's earlier motion to dismiss filed at ECF No. 23 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **April 14, 2026**. Defendant's reply, if any, is due by **April 21, 2026**.

      The Clerk of Court is directed to terminate ECF No. 23.

      SO ORDERED.

Dated: April 1, 2026
      New York, New York                               
                                         JESSE M. FURMAN
                                     United States District Judge