**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARIKA SAWER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARLOZOROV9, INC., d/b/a ALMA,<br><br>Defendant. | Civil Action No. 1:26-cv-00732-JMF |

**DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Philip L. Fraietta, declare as follows:

1. I am an attorney duly licensed to practice in the State of New York and am a Partner at Bursor & Fisher, P.A. I represent Plaintiff Sharika Sawer in this matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss the First Amended Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a Statement of Information regarding Google LLC, retrieved from the California Secretary of State website, at https://bizfileonline.sos.ca.gov/search/business. Exhibit 1 was retrieved by Plaintiff's counsel on April 14, 2026.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Defendant's Privacy Notice as it appeared on November 4, 2024, retrieved from the Internet Archive Wayback Machine, at https://web.archive.org/web/20241104025627/https://secure.helloalma.com/pp/.

The Privacy Notice states: "Last Updated: March 11, 2024[.]" Exhibit 2, at 1. Exhibit 2 was retrieved by Plaintiff's counsel on April 14, 2026.

I declare under penalty of perjury that the above and foregoing is true and accurate to the best of my knowledge.

Executed on this 14th day of April, 2026 at White Plains, New York.

*/s Philip L. Fraietta*
Philip L. Fraietta