**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHARIKA SAWER, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

ARLOZOROV9, INC., d/b/a ALMA,

Defendant.

Civil Action No. 1:26-cv-00732-JMF

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Evid. 201(b), Plaintiff Sharika Sawer respectfully requests that the Court take judicial notice of **Exhibits 1-2** to the Declaration of Philip L. Fraietta, which are also cited in portions of Plaintiff's Opposition to Defendant's Motion to Dismiss the First Amended Complaint.

Rule 201 permits courts to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Here, each of the documents attached to the Declaration of Philip L. Fraietta are subject to judicial notice.

**Exhibit 1** to the Declaration of Philip L. Fraietta is a Statement of Information regarding Google LLC, retrieved from the California Secretary of State website, at https://bizfileonline.sos.ca.gov/search/business. The Court may take judicial notice of "public records." *Mejia v. New York City Health & Hosps. Corp.*, No. 13 CIV. 2434 WHP, 2014 WL 2115109, at *2 (S.D.N.Y. May 19, 2014), *aff'd*, 622 F. App'x 70 (2d Cir. 2015) (citing *Global Network Commc'ns, Inc. v. City of N.Y.*, 458 F.3d 150, 157 (2d Cir.2006)). This includes

"'documents retrieved from official government websites.'" *Zapata v. Stefanski*, No. 24-CV-3785 (OEM) (CHK), 2026 WL 292148, at *3 (E.D.N.Y. Feb. 4, 2026) (quoting *Mallett v. Town of Huntington*, 799 F. Supp. 3d 117 (E.D.N.Y. 2025)); *see also Wells Fargo Bank, N.A. v. Wrights Mill Holdings, LLC*, 127 F. Supp. 3d 156, 166 (S.D.N.Y. 2015) (collecting cases). Specifically, "[t]he Court may take judicial notice of online records maintained by the … Secretary of State." *Laguerre v. Related Mgmt. Co.*, No. 25-CV-5594 (LLS), 2025 WL 2998053, at *3 n.3 (S.D.N.Y. Oct. 24, 2025) (citing *Sell Below Cost USA LLC v. Blue Island Holding Grp. (US) Inc.*, No. 19-CV-6095, 2021 WL 1394284, at *1 n.1 (E.D.N.Y. Feb. 9, 2021); *MPC Franchise, LLC v. Tarantino*, 19 F. Supp. 3d 456, 463 (W.D.N.Y. 2014), *aff'd*, 826 F.3d 653 (2d. Cir. 2016)).

**Exhibit 2** to the Declaration of Philip L. Fraietta is a true and correct copy of Defendant's Privacy Notice as it appeared on November 4, 2024, retrieved from the Internet Archive Wayback Machine, at https://web.archive.org/web/20241104025627/https://secure.helloalma.com/pp/. "Authority in this Circuit supports that the Court may take judicial notice of the content of webpages, including the content of archived webpages available through the Wayback machine." *Lee* v. *Springer Nature Am., Inc.*, 769 F. Supp. 3d 234, 248-49 (S.D.N.Y. 2025) (collecting cases); *see also Silver Curve Games, Inc. v. Icahn Sch. of Med. at Mount Sinai*, No. 25 CIV. 4184 (KPF), 2026 WL 636868, at *3 n.4 (S.D.N.Y. Mar. 6, 2026).

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of **Exhibits 1-2** to the Declaration of Philip L. Fraietta.

Dated: April 14, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Philip L. Fraietta</u>*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)

50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (*pro hac vice*)
6 Carriage Lane
Highwood, IL 60040
Telephone: (312) 358-8225
Email: Scott@drurylegal.com

*Attorneys for Plaintiff*